**United States Bankruptcy Court**
**District of Delaware**

In re   PreSend, Inc._____   Case No. _____

                                   Debtor(s)                              Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   12/30/2025_____          _____
                                                                   Drew Wolfer/Chief Executive Officer
                                                                   Signer/Title

CamScanner

| | | |
|---|---|---|
| PRESEND, INC.<br>1207 DELAWARE AVE<br>NUM 960<br>WILMINGTON, DE 19806 | FREDERICK B. ROSNER<br>THE ROSNER LAW GROUP LLC<br>824 N. MARKET STREET<br>SUITE 810<br>WILMINGTON, DE 19801 | ADAM CONTINENZA<br>1845 RIDGEWICK DRIVE<br>WICKLIFFE, OH 44092 |
| ALMAS SHARIF<br>634/B BALDIA COLONY<br>HAROON ABAD , DISTT BAHWALNGAR, PUNJAB<br>PAKISTAN, HAROON ABAD, PUNJAB, 62100<br>PAKISTAN | AMY WELLS<br>20 PARSONS CLOSE<br>CHURCH CROOKHAM<br>HAMPSHIRE, GU52 6HL<br>UK | ANTONIO ESTRADA<br>400 EAST SOUTH WATER ST AP61<br>CHICAGO, IL 60601 |
| ASHLEY WADE<br>43 WATERBURY DRIVE<br>BOSSIER CITY, LA 71111 | BRANDON SEEK<br>1583 E KENTUCKY AVE<br>NAMPA, ID 83686 | BRENNAN SPIESS<br>3161 COUNTY ROAD 1<br>SWANTON, OH 43558 |
| BRENT S MCDERMOTT<br>1217 BOULEVARD<br>JACKSONVILLE, FL 32206 | BRIAN YENSHO<br>398 HUNTERS LANE UNIT C<br>CARMEL, IN 46032 | CALEB ANDREW KNOBEL<br>3800 LA MESA DR<br>FORT COLLINS, CO 80524 |
| CARL GORAN SPIRA<br>VIA ORMEA 141<br>TURIN TO<br>10126 ITALY | DANIEL WEHNERT<br>44 LIVERPOOL GROVE<br>LONDON, GREATER LONDON<br>SE172HJ<br>UNITED KINGDOM | DAVID FEDYK<br>618 BURGESS CLOSE NW<br>EDMONTON, ALBERTA<br>T6R 1Z7<br>CANADA |
| DONALD SHANKS<br>9592 HOLLYWOOD DRIVE<br>PALO CEDRO, CA 96073 | EDGAR URIEL PALACIOS PEREZ<br>RICARDO PALMERIN 202<br>APODACA<br>NUEVO LEON 66636 MEXICO | EIFION GRIFFITHS<br>7/275 DOMAIN ROAD<br>SOUTH YARRA, MELBOURNE<br>VICTORIA, 3141<br>AUSTRALIA |
| FLOYD COWANS<br>2364 NW 102 TER<br>CORAL SPRINGS, FL 33065 | GERALD PRINCE ZAK<br>WAGRAMER STRASSE 100<br>VIENNA<br>VIENNA, 1220<br>AUSTRIA | GIULIAN FAZIO<br>IN DER EY 61<br>ZURICH<br>ZURICH, 8047<br>SWITZERLAND |
| JACK CHI<br>20939 STODDARD WELLS RD<br>WALNUT, CA 91789 | JAMES BROWN<br>1327 PRIVETT PARK PL<br>STALLINGS, NC 28104 | JIMMY YUN<br>162 STONECLIFFE AISLE<br>IRVINE, CA 92603 |
| JOHAN DE WAARDT<br>JACQUES URLUSSTRAAT 37<br>NOORDWIJK, ZHL<br>2202SN<br>THE NETHERLANDS | JOHN LARRY MOFFITT<br>8890 THAKEHAM PL S<br>CORDOVA, TN 38016 | JOHN PAI CHIEN WAI<br>19 HAMSTERLEY CLOSE<br>BEDFORD, BEDFORDSHIRE<br>MK41 0BZ<br>UNITED KINGDOM |

| | | |
|---|---|---|
| JOSE ROMAN<br>16876 MEADOWS ST<br>CLERMONT, FL 34714 | JOSEPH BERAHO<br>JACQUES URLUSSTRAAT 37<br>NOORDWIJK, ZHL<br>2202SN<br>THE NETHERLANDS | JOSEPH PADUA<br>82 METALA ROAD<br>PARALOWIE<br>SOUTH AUSTRALIA, 5108<br>AUSTRALIA |
| JOSHUA BOHOL<br>47-515 HIO PL<br>KANEOHE, HI 96744 | JOSHUA INGRAHAM<br>2017 WATERBURY ROAD<br>LAKEWOOD, OH 44107 | JOSHUA MALINOFF<br>613 LESLIE LANE<br>YARDLEY, PA 19067 |
| JOSHUA WOOTEN<br>4020 WHARTON TURN<br>BOWIE, MD 20715 | KALMáR ATTILA<br>TöVIS UTCA 11/B<br>BUDAPEST<br>PEST 1022<br>HUNGARY | KENNETH APONTE<br>15597 CARRERA DR<br>FONTANA, CA 92337 |
| KURT JOHNSON<br>2147 KINGFISHER WAY<br>FAIRFIELD, CA 94533 | LEONARED DOGGETT KELSEY<br>777 BRICKELL AVE<br>500-9303<br>MIAMI, FL 33131 | MACHIMALE BHAT<br>209 BLUFTON DRIVE<br>MORRISVILLE, NC 27560 |
| MARK BUTCHER<br>11 BRITANNIA PLACE HALF MOON BAY<br>AUCKLAND, 2012, NEW ZEALAND | MARK CARPER<br>2325 BLACKLICK EASTERN RD NW<br>BALTIMORE, OH 43105 | MARTIN CALERO<br>AV 5 OESTE<br>CALI, VALLE<br>760045 COLOMBIA |
| MATTHEW FERRARO<br>18 MONTGOMERY ST<br>GUELPH, ONTARIO<br>N1E 1P9, CANADA | MATTIA ALFONSO<br>CONTRADA MANGANI 15<br>MESSINA<br>ME, 98137<br>ITALY | MAXIMILIAN SCHWEMMER<br>FRIEDENSTR. 93<br>BERLIN<br>BERLIN, 10249<br>GERMANY |
| NIRMAL GILL<br>20133 2ND AVENUE<br>LANGLEY, BC<br>V2Z 0A3, CANADA | OLUSEGUN AJIBOYE<br>104-15 187TH STREET<br>SAINT ALBANS, NY 11412 | PATRICK ANTONIELLO<br>11 NORMAN CT<br>EAST BRUNSWICK, NJ 08816 |
| PAUL SHELTON<br>41 HALLIDAY CLOSE<br>HAMPSHIRE, RG213LA<br>ENGLAND | PING CHEN<br>HERMINE-VON-PARISH STR. 56<br>MUNICH<br>BAVARIA 81245 GERMANY | RAAD JABBARIN<br>3423 FITLER ST<br>PHILADELPHIA, PA 19114 |
| RAKIBUL HOQUE<br>41 SMITH AVE<br>BERGENFIELD, NJ 07621 | ROBERT DOWDA<br>126 W PINEHURST DR<br>ELDRIDGE, IA 52748 | ROGER LEWIS<br>43 MOODIE ST, CANBERRA<br>ACT, 2607<br>AUSTRALIA |

| | | |
|---|---|---|
| RYAN HILL<br>16 HANOVER COURT,<br>CHEPSTOW, NP16 7DQ<br>UNITED KINGDOM | STEPHEN ANTHONY NICHOLLS<br>4 BORCK AVE<br>RICHMOND, TASMAN<br>7020, NEW ZEALAND | STEVEN JAEGERS<br>721 N MAIN STREET #149<br>LAYTON, UT 84041 |
| THOMAS LAGE<br>272 PEQUOT AVE<br>WARWICK, RI 02889 | THOMAS WENKE<br>24477 NEPAVINE DR<br>NOVI, MI 48374 | TIMOTHY MARTINBOROUGH<br>#22 CORAL CLOSE WEST, NASSA<br>NEW PROVIDENCE<br>EE 17105, BAHAMAS, TIMOTHYM |
| TODD LUEBKE<br>10361 NATHAN LANE N<br>MAPLE GROVE<br>OSSEO, MN 55369 | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>600 PEACHTREE STREET, NE<br>SUITE 3000<br>ATLANTA, GA 30308 | TUNG LE TRAN<br>3610 TOWNES FOREST<br>FRIENDSWOOD, TX 77546 |
| VAUGHAN ALLEN<br>7 DRUM PLACE<br>PONTE VEDRA BEACH, FL 32082 | VINCENT NGUYEN-THE<br>438 EAST E STREET<br>BENICIA, CA 94510 | VINODKUMAR DEVJI BHANDERI<br>26 VALLEY DRIVE<br>LONDON<br>UNITED KINGDOM NW9 9NP |
| VOLKER BUGLA<br>LUDWIGSTRASSE 33, STUTTGART<br>BADEN-WUERTTEMBERG<br>70176 GERMANY | YANG KYUN LEE<br>3509 INDIAN HILLS DR<br>LONGVIEW, WA 98632 | |